# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THANH TAM VO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. 1:14-cv-00541-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS<br><br>Docs. 1, 6, 7, 10, 12, 13, 16 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Thanh Tam Vo and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Thanh Tam Vo disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to develop the record fully, conduct a new administrative hearing, and appropriately evaluate the evidence in accordance with the accompanying memorandum; and,

3. The Clerk of Court shall close this case.

Dated: September 15, 2015                    *s/Gerald B. Cohn*
                                                 GERALD B. COHN
                               UNITED STATES MAGISTRATE JUDGE